**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6603**

———————

BRADLEY SHANE SHEPPARD,

Petitioner - Appellant,

v.

WARDEN OF FCI ESTILL,

Respondent – Appellee,

and

UNITED STATES OF AMERICA,

Respondent.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Richard Mark Gergel, District Judge.
(1:10-cv-03220-RMG)

———————

Submitted:  July 26, 2012          Decided:  August 2, 2012

———————

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bradley Shane Sheppard, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Shane Sheppard, a federal prisoner, appeals the district court's order construing his post-judgment motion as a Fed. R. Civ. P. 60(b) motion for relief from the district court's order dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sheppard v. Warden of FCI Estill, No. 1:10-cv-03220-RMG (D.S.C. Mar. 19, 2012). Further, we deny Sheppard's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED